AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Rodolfo Vega Valenzuela,<br>a.k.a.: Rodolfo Vega-Valenzuela,<br>a.k.a.: Jose Luis Alvarez,<br>a.k.a.: Alexandro Ruiz Camacho,<br>(A070 126 862)<br>*Defendant* | Case No. MJ 17-6399 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 24, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Rodolfo Vega Valenzuela, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about September 3, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: SAUSA Ryan Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

**Telephonically sworn**
Sworn to and signed by the complainant.

Date: October 7, 2017    Probable cause found as of 4:15 p.m.

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On March 24, 2017, Rodolfo Vega Valenzuela was booked into the Maricopa County Jail (MCJ) intake facility by the Chandler Police Department on local charges. While incarcerated at the MCJ, Vega Valenzuela was examined by ICE Officer R. Rodriguez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 7, 2017, Vega Valenzuela was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Vega Valenzuela was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Rodolfo Vega Valenzuela to be a citizen of Mexico and a previously deported criminal alien. Vega Valenzuela was removed from

1

the United States to Mexico at or near San Ysidro, California, on or about September 3, 2010, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Vega Valenzuela in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Vega Valenzuela's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Rodolfo Vega Valenzuela was convicted of Re-Entry after Deportation Subsequent to an Aggravated Felony, a felony offense, on or about August 3, 1999, in the United States District Court, District of Arizona. Vega Valenzuela was sentenced to twenty-seven (27) months' incarceration and thirty-six (36) months' of Supervised Release. Vega Valenzuela's criminal history was matched to him by electronic fingerprint comparison.

5. On October 7, 2017, Rodolfo Vega Valenzuela was advised of his constitutional rights. Vega Valenzuela freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about March 24, 2017, Rodolfo Vega Valenzuela, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about September 3, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Telephonically sworn
Sworn to on
this 7th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge